**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, an Individual, | No. 08 cv 3462 |
| | JUDGE MANNING |
| Plaintiffs, | MAGISTRATE JUDGE BROWN |
| vs. | |
| THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS, ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS and the CITY OF ROLLING MEADOWS | |
| Defendants. | |

**NOTICE OF EMERGENCY MOTION**

TO:
Ms. Laura Scarry
53 W. Jackson, Suite 1062
Chicago, Illinois 60604
Fax #: 312-564-4125

James E. Macholl
9501 West Devon Avenue
Rosemont Illinois 60018
Fax #: 847-318-9509

   On June 24, 2008 at 11:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manning at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION.

s/ Blake Horwitz
Blake Horwitz
Horwitz, Richardson, and Baker, LLC
20 S. Clark, Suite 500
Chicago, IL 60603
Tel: 312-676-2100
Fax: 312-372-7076
bhorwitz@hrbattorneys.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

**NOTICE OF EMERGENCY MOTION, PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

to be filed electronically with the Clerk of Court through ECF, and a copy will be sent by Facsimile to the following:

TO:

| | |
|---|---|
| Ms. Laura Scarry | James E. Macholl |
| 53 W. Jackson, Suite 1062 | 9501 West Devon Avenue |
| Chicago, Illinois 60604 | Rosemont Illinois 60018 |
| Fax #: 312-564-4125 | Fax #: 847-318-9509 |

s/ Blake Horwitz_____
Attorney for the Plaintiffs
Blake Horwitz

s/ Elliot Richardson____
Attorney for the Plaintiffs
Elliot Richardson


**HORWITZ, RICHARDSON & BAKER LLC**
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076


**MELTZER, PURTILL & STELLE LLC**
Donald G. Mulack, (1983202)
William J. Mitchell (6198642)
1515 E. Woodfield Road, 2d Floor
Schaumburg, IL 60173
Ph (847) 330-2400