**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

W/G Kristina 123 LLC, et al.
                           Plaintiff,

v.                                                        Case No.: 1:08–cv–03462
                                                           Honorable Blanche M. Manning

Thomas Melena, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The defendants shall file a response to the plaintiffs' motion for a temporary restraining order by no later than Tuesday, June 24, 2008, at 10:00 a.m. The motion is set for hearing on June 25, 2008, at 1:00 p.m. The court notes that the complaint alleges substantive and procedural due process claims brought by the owners of the apartment complex at issue. Tenants residing at the complex are not parties to this action. The parties should thus focus on the plaintiffs' due process claims as opposed to arguments that only residents have standing to raise (e.g., the constitutionality of any searches of residents).Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.