

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:             DONALD G. MULACK

FIRM:             MELTZER, PURTILL & STELLE LLC

STREET ADDRESS:   1515 E. WOODFIELD ROAD, 2nd FLOOR

CITY/STATE/ZIP:   SCHAUMBURG, ILLINOIS 60173

PHONE NUMBER:     (847) 330-2419

E-MAIL ADDRESS:   dmulack@mpslaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):    01983202

If you have previously filed an appearance with
this Court using a different name, enter that name:   N/A

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-cv-3462 | W/G Kristina 123 LLC et al v. Melena et al. | Judge Manning |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____        June 20, 2008
Attorney's Signature                        Date