# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the matter of                                           Case Number:   08 CV 3462
W/G Kristina 123 LLC, a Delaware limited liability company, W/G LCD, LLC, a Delaware limited liability company, W/G Spi LLC, a Delaware limited liability company and Michael Sparks, an individual, Plaintiffs
vs.
Thomas Melena, Rolling Meadows City Manager, Steven Williams Rolling Meadows Police Chief, Unknown Rolling Meadows Police Officers and the City of Rolling Meadows, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Melena, Rolling Meadows City Manager, Steven Williams Rolling Meadows Police Chief, Unknown Rolling Meadows Police Officers and the City of Rolling Meadows, Defendants.

| |
|---|
| NAME (Type or print) <br> Michael K. Durkin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael K. Durkin |
| FIRM <br> STORINO, RAMELLO & DURKIN |
| STREET ADDRESS <br> 9501 West Devon Avenue, 8th Floor |
| CITY/STATE/ZIP <br> Rosemont, Illinois  60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3121686 | TELEPHONE NUMBER <br> (847) 318-9500 | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

119120-1

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  ☒         APPOINTED COUNSEL  ☐

Case 1:08-cv-03462   Document 17   Filed 06/23/2008   Page 2 of 2

119120-1