# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the matter of<br>W/G Kristina 123 LLC, a Delaware limited liability company, W/G LCD, LLC, a Delaware limited liability company, W/G Spi LLC, a Delaware limited liability company and Michael Sparks, an individual, Plaintiffs<br>vs.<br>Thomas Melena, Rolling Meadows City Manager, Steven Williams Rolling Meadows Police Chief, Unknown Rolling Meadows Police Officers and the City of Rolling Meadows, Defendants. | Case Number:   08 CV 3462 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Melena, Rolling Meadows City Manager, Steven Williams Rolling Meadows Police Chief, Unknown Rolling Meadows Police Officers and the City of Rolling Meadows, Defendants.

| |
|---|
| NAME (Type or print)<br>Melissa A. Miroballi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Melissa A. Miroballi |
| FIRM<br>STORINO, RAMELLO & DURKIN |
| STREET ADDRESS<br>9501 West Devon Avenue, 8th Floor |
| CITY/STATE/ZIP<br>Rosemont, Illinois  60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243511 | TELEPHONE NUMBER<br>(847) 318-9500 | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☐ | NO ☒ |

119124-1

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐

119124-1