IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, AN INDIVIDUAL,<br><br>    Plaintiffs,<br><br>vs.<br><br>THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS AND THE CITY OF ROLLING MEADOWS,<br><br>    Defendants. | Case No. 08 CV 3462<br><br>Judge Manning<br><br>Magistrate Judge Brown |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER**

Now Comes. the Defendants, Thomas Melena, Rolling Meadows City Manager, Steven Williams, Rolling Meadows Police Chief, unknown Rolling Meadows Police Officers and the City of Rolling Meadows ("Defendants"), by and through their attorneys, Richard J. Ramello, Michael K. Durkin, Angelo F. Del Marto, and Melissa A. Miroballi, and in response to the Plaintiff's Motion, state as follows:

    1.    On June 9, 2008, the City implemented a program to distribute crime prevention and literature to residents and guests of Woodfield Gardens ("Program"). The Program consisted of blocking off access to all but one of the entrances and exits of Woodfield Gardens.

119130.1

2.      Due to the success of the Program, on June 20, 2008, Police Chief Williams ordered that five (5) of the entrances and exits be reopened.

3.      On June 23, 2008, the City began to remove barricades to five (5) of the entrances to Woodfield Gardens.

4.      The City has since reviewed the Program and has decided to remove the remaining barricades to the entrances to Woodfield Gardens.

5.      The Plaintiff's requests for a Temporary Restraining Order and Preliminary Injunction are moot due to the removal of the barricades and chains.

Wherefore, the Defendants respectfully pray that this Court enter an Order as follows:

A.      The Plaintiffs requests for Temporary Restraining Order and Preliminary Injunction relief is moot.

B.      Such further order this Court deems appropriate.

Respectfully submitted,

_s/   Richard J. Ramello_
Richard J. Ramello, One of its Attorneys

RICHARD J. RAMELLO, ARDC No. 3124818
MICHAEL K. DURKIN, ARDC No. 3121686
ANGELO F. DEL MARTO, ARDC No. 6191333
MELISSA A. MIROBALLI, ARDC No. 6243511
Storino, Ramello & Durkin
9501 West Devon Avenue, 8th Floor
Rosemont, Illinois  60018
847-318-9500

119130.1