UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

W/G Kristina 123 LLC, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−03462
                                                Honorable Blanche M. Manning

Thomas Melena, et al.
                              Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 26, 2008:


    MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 6/26/2008. Plaintiffs' motion for TRO and permanent injunction [9] is moot. Opening brief on preliminary injunction to be filed by 7/16/2008. Response to be filed by 8/6/2008. Reply to be filed by 8/13/2008. The parties should address whether there is a live case or controversy and whether any evidence shows that the barricades are about to be reinstated. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.