UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

W/G Kristina 123 LLC, et al.
                    Plaintiff,

v.                                    Case No.: 1:08–cv–03462
                                    Honorable Blanche M. Manning

Thomas Melena, et al.
                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference.(rth, )Mailed notice.

Dated: June 30, 2008

                                                              /s/ Blanche M. Manning

                                                              United States District Judge