**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

W/G Kristina 123 LLC, et al.
                        Plaintiff,

v.                                               Case No.: 1:08−cv−03462
                                                 Honorable Blanche M. Manning

Thomas Melena, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Status hearing held. Settlement conference set for 08/13/08 at 2:00 p.m. Plaintiffs shall serve the settlement letter on defendants pursuant to paragraph one of this Court's standing order for settlement conference by 07/18/08. The defendants shall serve the responsive letter to the plaintiffs' settlement letter by 08/01/08. Plaintiffs' counsel shall fax or deliver copies of the letters to this Court's courtroom deputy by 08/08/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.