UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

W/G Kristina 123 LLC, et al.
                      Plaintiff,

v.                                       Case No.: 1:08−cv−03462
                                                Honorable Blanche M. Manning

Thomas Melena, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Plaintiffs' motion to amend complaint [28] is denied as the plaintiffs have not specified the differences between the original complaint and the proposed amended complaint. Plaintiffs' motion for permanent injunction [28] is stricken without prejudice due to pending discovery. The briefing schedule on preliminary injunction set by this court on 6/26/2008 (21) is also stricken. The referral to Magistrate Judge Brown is expanded to include discovery supervision as well as ruling on all nondispositive pretrial motions. Therefore, the plaintiffs' motion to set a discovery schedule [28] shall be re−noticed before Magistrate Judge Brown. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.