**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE ) <br> LIMITED LIABILITY COMPANY, W/G ) <br> LCD, LLC, A DELAWARE LIMITED ) <br> LIABILITY COMPANY, W/G SPI LLC, A ) <br> DELAWARE LIMITED LIABILITY ) <br> COMPANY AND MICHAEL SPARKS, ) <br> AN INDIVIDUAL, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> THOMAS MELENA, ROLLING ) <br> MEADOWS CITY MANAGER, STEVEN ) <br> WILLIAMS ROLLING MEADOWS ) <br> POLICE CHIEF, UNKNOWN ROLLING ) <br> MEADOWS POLICE OFFICERS AND ) <br> THE CITY OF ROLLING MEADOWS, ) <br>  ) <br> Defendants. ) | Case No. 08 CV 3462 <br><br> Judge Manning <br><br> Magistrate Judge Brown |

**MOTION FOR LEAVE TO FILE DEFENDANTS' MOTIONS
TO DISMISS PURSUANT TO RULE 12(b) 1 AND 12(b) 6 OF
THE FEDERAL RULES OF CIVIL PROCEDURE, INSTANTER**

Now comes the Defendants, Thomas Melena, Steven Williams, Unknown Rolling Meadows Police Officers, and the City of Rolling Meadows, by and through their attorneys, James E. Macholl, Richard J. Ramello, Michael K. Durkin, Angelo F. Del Marto, and Melissa A. Miroballi and hereby moves this Honorable Court for leave to file their Rule 12(b) 1 and 12(b) 6 Motions to Dismiss, instanter and in support of their Motion, state as follows:

1. On June 20, 2008, Defendants, Thomas Melena, Steven Williams, and the City of Rolling Meadows was served with a copy of the Summons and Complaint.

2. On, June 24, 2008 Counsel for the Defendants filed a Response To Plaintiff's Motion For Temporary Restraining Order.

3. On June 25, 2008, Counsel appeared on behalf of Defendants at the hearing on Plaintiff's Motion For A Temporary Restraining Order.

123293.1

4.  On July 7, 2008 Counsel for Defendants appeared before Magistrate Judge Brown for an Initial Status Hearing for a Settlement Conference.

5.  On July 8, 2008, Counsel for Defendants received Plaintiff's Motion For Leave To File Amended Complaint.

6.  Defendants 12(b) 1, and 12(b) 6 Motions To Dismiss were due on July 10, 2008.

7.  On July 10, 2008, Counsel for Defendants sent an e-mail to Counsel for Plaintiffs stating that Defendants would not file their Motion To Dismiss since the Plaintiff's Motion To File their Amended Complaint was on file and pending. Counsel for Defendants received no objection from Plaintiffs' Counsel.

8.  On July 15, 2008 this Court entered an Order providing, in part, that the Plaintiff's Motion To File their Amended Complaint was denied.

9.  Counsel for Defendants have been diligent in this matter.

Wherefore, the Defendants, respectfully move this Court to enter an Order allowing Defendants to file their 12(b) 1 and 12(b) 6 Motions To Dismiss pursuant to the Federal Rules of Civil Procedure along with Defendants Memorandum in Support thereof, instanter, and an Order for a briefing schedule on the Motions To Dismiss.

Respectfully submitted,

/s/ James E. Macholl
Defendants Attorney

James E. Macholl, ARDC No. 6184395
Richard J. Ramello, ARDC No. 3124818
Michael K. Durkin, ARDC No. 3121686
Angelo Del Marto, ARDC No. 6191333
Melissa A. Miroballi, ARDC No. 6243511
Storino, Ramello & Durkin
9501 West Devon Avenue, 8th Floor
Rosemont, Illinois  60018
847-318-9500

123293.1