IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, AN INDIVIDUAL, <br><br>    Plaintiffs, <br><br>vs. <br><br>THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS AND THE CITY OF ROLLING MEADOWS, <br><br>    Defendants. | Case No. 08 CV 3462 <br><br> Judge Manning <br><br> Magistrate Judge Brown |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, July 22, 2008, at 11:00 a.m., I shall appear before the Honorable Judge Manning at the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motions To Dismiss Pursuant To Rule 12(b) 1 and 12(b) 6 of the Federal Rules of Civil Procedure, Instanter**.

This Notice of Motion and the Defendants' Motions To Dismiss Pursuant To Rule 12(b) 1 and 12(b) 6 of the Federal Rules of Civil Procedure, Instanter was electronically filed with the United States District Court Northern District of Illinois, Eastern Division on July 15, 2008.

                                                           s/     James E. Macholl
                                                           James E. Macholl
                                                           One of the Attorneys for the Defendants

James E. Macholl, ARDC No. 6184395
Richard J. Ramello, ARDC No. 3124818
Michael K. Durkin, ARDC No. 3121686
Angelo Del Marto, ARDC No. 6191333

123584.1

Melissa A. Miroballi, ARDC No. 6243511
Storino, Ramello & Durkin
Attorneys for Defendants
9501 West Devon Avenue, Suite 800
Rosemont, Illinois  60018
(847) 318-9500

123584.1