IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, an Individual,<br><br>      Plaintiffs,<br><br>vs.<br><br>THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS, ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS and the CITY OF ROLLING MEADOWS<br><br>      Defendants. | No. 08 cv 3462<br><br>JUDGE MANNING<br><br>MAGISTRATE JUDGE BROWN |

## MOTION TO SET A DISCOVERY SCHEDULE

NOW COME the Plaintiffs, W/G Kristina 123 LLC, W/G LCD, LLC, W/C SPI LLC and Michael Sparks, by their attorneys Blake Horwitz, Elliot Richardson, Erica Faaborg, Rachelle Sorg and Abbas Merchant, and hereby move this Honorable Court to set a discovery schedule in this case. In support of said Motion, the Plaintiffs state as follows:

1.    The Defendants blockaded Plaintiffs' thirty-four acre apartment complex with barricades on June 9, 2008. They established a police checkpoint at the only open entrance into the apartment complex that same day.

2.    The Plaintiffs filed an action against the Defendants seeking immediate

1

injunctive relief. A Motion for a Temporary Restraining Order was also filed seeking the removal of the barricades and the dismantling of the police checkpoint.

3. One day prior to the scheduled hearing on the Motion for a Temporary Restraining Order, the Defendants repositioned the barricades at the entrances/exits that provide access to 12 Oaks at Woodfield. The police checkpoint was also removed prior to the hearing.

4. However, the Defendants did not remove the barricades from the premises. The barricades remain in close proximity to many entrances to 12 Oaks at Woodfield.

5. The Defendants also conducted a police roll call on the Plaintiffs' property on July 11, 2008. At least four police cars converged upon 12 Oaks at Woodfield without justification on that date.

6. The Plaintiffs request this Honorable Court set a discovery schedule in this case.

7. Plaintiffs originally filed a motion to set a discovery schedule before Judge Manning on July 15, 2008. In an order dated July 14, 2008, Judge Manning referred this matter to this Honorable Court for the supervision of discovery. She also ordered the Plaintiffs to re-notice their motion to set a discovery schedule before this Honorable Court.

WHEREFORE the Plaintiffs respectfully request that this Honorable Court grant this motion and set an expedited discovery schedule in this matter.

                            Respectfully Submitted,

                            s/ Blake Horwitz_____
                            Attorney for the Plaintiffs
                            Blake Horwitz

                            s/ Elliot Richardson_____
                            Attorney for the Plaintiffs
                            Elliot Richardson

**HORWITZ, RICHARDSON & BAKER LLC**

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean Baker, Esq.
Erica Faaborg, Esq.
Rachelle Sorg, Esq.
Abbas Merchant, Esq.

**Two First National Plaza**
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076