**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS, ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS and the CITY OF ROLLING MEADOWS <br><br> Defendants. | No. 08 cv 3462 <br><br> JUDGE MANNING <br><br> MAGISTRATE JUDGE BROWN |

**AMENDED NOTICE OF MOTION**

On July 23, 2008 at 9:45 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Brown at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

AMENDED NOTICE OF MOTION AND AMENDED MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and delivered via the ECF system to the following:

Blake Horwitz      bhorwitz@hrbattorneys.com

Elliot Richardson    erichardson@hrbattorneys.com

Sean M. Baker       sbaker@hrbattorneys.com

1

| | |
|---|---|
| Erica Faaborg | efaaborg@hrbattorneys.com |
| Rachelle M. Sorg | rsorg@hrbattorneys.com |
| Abbas Merchant | amerchant@hrbattorneys.com |
| William J. Mitchell | wmitchell@mpslaw.com |
| Donald G. Mulack | dmulack@mpslaw.com |
| Angelo F. DelMarto | delmarto@srd-law.com |
| Michael K. Durkin | mdurkin@srd-law.com |
| James Edmund Macholl | jmacholl@srd-law.com |
| Melissa A. Miroballi | mmirobal@srd-law.com |
| Richard J. Ramello | rramello@srd-law.com |
| Laura Scarry | lscarry@deanoandscarry.com |
| Patrick Frasor Moran | pmoran@deanoandscarry.com |
| James L. DeAno | jimdeano@deanoandscarry.com |
| Scott Bryan Dolezal | sdolezal@deanoandscarry.com |

Respectfully Submitted,

s/ Blake Horwitz
Attorney for the Plaintiffs
Blake Horwitz

s/ Elliot Richardson
Attorney for the Plaintiffs
Elliot Richardson

**HORWITZ, RICHARDSON & BAKER LLC**
Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean Baker, Esq.
Erica Faaborg, Esq.
Rachelle Sorg, Esq.
Abbas Merchant, Esq.

2

**Two First National Plaza**
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076