IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, AN INDIVIDUAL, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS AND THE CITY OF ROLLING MEADOWS, <br><br> Defendants. | Case No. 08 CV 3462 <br><br> Judge Manning <br><br> Magistrate Judge Brown |

## NOTICE OF FILING

**To:**   Electronic Service List

PLEASE TAKE NOTICE that on July 18, 2008, **Defendants' Response to Plaintiff's Amended Motion For Leave To Amend Plaintiff's Complaint,** a copy of which is attached hereto, was electronically filed with the United States District Court Northern District of Illinois, Eastern Division.

                                         STORINO, RAMELLO & DURKIN

                                         By:  s/ James E. Macholl
                                             James E. Macholl,
                                             One of the Attorneys for Defendants

JAMES E. MACHOLL, ARDC No. 6184395
RICHARD J. RAMELLO, ARDC No. 3124818
MICHAEL K. DURKIN, ARDC No. 3121686
ANGELO F. DEL MARTO, ARDC No. 6191333
MELISSA A. MIROBALLI, ARDC No. 6243511
Storino, Ramello & Durkin

125628-1

9501 West Devon Avenue, 8th Floor
Rosemont, Illinois  60018
847-318-9500

125628-1