## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

W/G Kristina 123 LLC, et al.

                              Plaintiff,

v.                                          Case No.: 1:08–cv–03462
                                            Honorable Blanche M. Manning

Thomas Melena, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

        MINUTE entry before the Honorable Geraldine Soat Brown: At the court's direction, plaintiffs' motions for discovery and for leave to amended plaintiffs' complaint set for 07/23/08 are stricken and reset to 07/25/08 at 9:45 a.m.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.