UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

W/G Kristina 123 LLC, et al.
                          Plaintiff,

v.                                                Case No.: 1:08−cv−03462
                                                   Honorable Blanche M. Manning

Thomas Melena, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Motion hearing held. Plaintiffs motion for leave to amend plaintiffs complaint [40] is granted. This is not a ruling on the sufficiency of the amended complaint and is without prejudice to any motion to dismiss or strike that any defendant may bring. Defendants shall move, answer or otherwise respond to the first amended complaint by 08/15/08. Plaintiffs' motion for discovery [38] is granted in part and continued in part for hearing following the settlement conference. The motion is granted in that the parties shall serve Rule 26(a)(1) disclosures with respect to the first amended complaint no later than 08/22/08. Parties advise the Court that they have agreed to the following exchange of information prior to the settlement conference, specifically: The Village shall provide to plaintiffs' counsel crime statistics for the Village of Rolling Meadows for the period January 1, 2008 to July 25, 2008, police reports on any criminal activity at Twelve Oaks from January 1, 2008 to July 25, 2008, and any building code violations of Twelve Oaks property in 2006 and 2007, no later than 08/11/08. Telephone status hearing set for 07/25/08 at 3:00 p.m.Notice mailed by judge39;s staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.