**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

W/G Kristina 123 LLC, et al.
                        Plaintiff,

v.                                       Case No.: 1:08−cv−03462
                                       Honorable Blanche M. Manning

Thomas Melena, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Telephone status hearing held. Counsel for the parties advise the court that they have reached some agreements, which plaintiff's counsel will submit in writing to defendants' counsel for signature on behalf of defendants. Settlement conference remains set for 08/13/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.