IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, AN INDIVIDUAL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS AND THE CITY OF ROLLING MEADOWS,<br><br>　　　　Defendants. | Case No. 08 CV 3462<br><br>Judge Manning<br><br>Magistrate Judge Brown |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
DEFENDANTS' BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT IN EXCESS OF 15 PAGES**

Now Comes the Defendants, Thomas Melena, Rolling Meadows City Manager, Steven Williams, Rolling Meadows Police Chief, unknown Rolling Meadows Police Officers and the City of Rolling Meadows ("Defendants"), by and through their attorneys, James E. Macholl, Richard J. Ramello, Michael K. Durkin, Angelo F. Del Marto, and Melissa A. Miroballi, and as and for their Motion For Leave To File Defendants' Brief In Support of Defendants' Motions to Dismiss in Excess of 15 Pages, state as follows:

　　　　1.　　On June 17, 2008, the Plaintiffs filed a eight (8) Count Complaint alleging

131863.1

substantive and procedural due process violations, along with a respondent superior claim, and a claim against the City to pay any judgment which may be entered herein.

2. On July 22, 2008, Defendants filed their Motions To Dismiss the Complaint along with a Memorandum in Support of the Motions which Memorandum was fifteen (15) pages in length.

3. On July 25, 2008, Plaintiff's were given leave to file their Amended Complaint which, in addition to the Complaint, requested damages based upon allegations that the Plaintiffs have suffered damaged by virtue of a loss of value to their property, damage to their business reputation and lost profits.

4. Defendants cannot adequately brief their Motions To Dismiss the Amended Complaint in fifteen (15) pages or less as a result of the Plaintiffs' additional allegations.

5. The Defendants' Memorandum in Support of their Motions To Dismiss the Amended Complaint will contain no more than twenty (20) pages.

WHEREFORE, the Defendants respectfully move this Court to enter an Order granting them leave to file their Memorandum in Support of the Motions To Dismiss the Amended Complaint, not to exceed twenty (20) pages in length, pursuant to Rule 7.1 of the U.S. District Court for the Northern District Court for the Northern District of Illinois.

Respectfully submitted,

s/ James E. Macholl
James E. Macholl, One of its Attorneys

JAMES E. MACHOLL, ARDC No. 6184395
RICHARD J. RAMELLO, ARDC No. 3124818
MICHAEL K. DURKIN, ARDC No. 3121686
ANGELO F. DEL MARTO, ARDC No. 6191333
MELISSA A. MIROBALLI, ARDC No. 6243511
Storino, Ramello & Durkin
9501 West Devon Avenue, 8th Floor
Rosemont, Illinois 60018
847-318-9500

131863.1