IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS AND THE CITY OF ROLLING MEADOWS,<br><br>Defendants. | Case No. 08 CV 3462<br><br>Judge Manning<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, August 14, 2008, at 11:00 a.m., I shall appear before the Honorable Judge Manning at the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion For Leave To File Defendants' Brief In Support Of Defendants' Motions To Dismiss Plaintiffs' Amended Complaint In Excess of 15 Pages.**

This Notice of Motion and the Defendants' Motion For Leave To File Defendants' Brief In Support Of Defendants' Motions To Dismiss Plaintiffs' Amended Complaint In Excess Of 15 Pages was electronically filed with the United States District Court Northern District of Illinois, Eastern Division on August 11, 2008.

                                                       s/   James E. Macholl
                                                       James E. Macholl
                                                       One of the Attorneys for the Defendants

James E. Macholl, ARDC No. 6184395
Richard J. Ramello, ARDC No. 3124818

132018.1

Michael K. Durkin, ARDC No. 3121686
Angelo Del Marto, ARDC No. 6191333
Melissa A. Miroballi, ARDC No. 6243511
Storino, Ramello & Durkin
Attorneys for Defendants
9501 West Devon Avenue, Suite 800
Rosemont, Illinois 60018
(847) 318-9500

132018.1