UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

W/G Kristina 123 LLC, et al.
                            Plaintiff,

v.                                                          Case No.: 1:08−cv−03462
                                                        Honorable Blanche M. Manning

Thomas Melena, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Settlement conference held. Parties are not able to reach a settlement of this case as a whole. Status hearing set for 09/11/08 at 9:45 a.m. Following the parties' Rule 26(a)(1) disclosures counsel for the parties shall have a Rule 26(f) conference to schedule the remaining discovery in this case no later than 08/28/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.