**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

W/G Kristina 123 LLC, et al.
                    Plaintiff,

v.                                     Case No.: 1:08–cv–03462
                                      Honorable Blanche M. Manning

Thomas Melena, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendants' Motion for leave to file brief in support of its motions to dismiss plaintiffs' amended complaint in excess of 15 pages [50] is granted. The Court reminds counsel to comply with Local Rule 7.1. No appearance will be necessary on 8/14/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.