IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS, ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS and the CITY OF ROLLING MEADOWS<br><br>Defendants. | No. 08 cv 3462<br><br>JUDGE MANNING<br><br>MAGISTRATE JUDGE BROWN |

## STIPULATION

NOW COMES the Plaintiffs, W/G Kristina LLC, Company, W/G LCD, LLC and W/G SPI, LLC and Michael Sparks, and Defendants, Thomas Melena, Steven William, Unknown Rolling Meadows Police Officers and The City of Rolling Meadows, and hereby stipulate as follows:

1. The 12 Oaks at Woodfield adjudication hearings set for August 14th, 2008 will be continued to a subsequent date;

2. The City will not seek enforcement of any fines against 12 Oaks at Woodfield or Plaintiffs until the parties settlement conference on August 13, 2008.

1

3. The Defendants will not distribute flyers to the residents or guests of 12 Oaks at Woodfield until after the August 13, 2008 settlement conference;

4. Along with the documents set forth in the Honorable Judge Brown's July 25, 2008 order, the Defendants will tender any documents/recordings that reflect incoming calls to the City of Rolling Meadows dispatch service, related to criminal activity at 12 Oaks at Woodfield from January 1, 2008 to the present date, to the extent they exist;

5. All barricades adjacent to the 12 Oaks at Woodfield will be removed in their entirety by August 13, 2008.

Respectfully Submitted,

s/ Blake Horwitz
Attorney for the Plaintiffs
Blake Horwitz

s/ Elliot Richardson
Attorney for the Plaintiffs
Elliot Richardson

Attorney for the Defendants
James E. Macholl, Esq.

**HORWITZ, RICHARDSON & BAKER LLC**
Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean Baker, Esq.
Erica Faaborg, Esq.
Rachelle Sorg, Esq.
Abbas Merchant, Esq.

**Two First National Plaza**
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076

2

**STORINO, RAMELLO & DURKIN**
James E. Macholl, Esq.
Richard J. Ramello
9501 West Devon Avenue
Rosemont, Illinois 60018
Ph (847) 318-9500
Fax (847) 318-9509