**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| W/G KRISTINA 123 LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G LCD, LLC, A DELAWARE LIMITED LIABILITY COMPANY, W/G SPI LLC, A DELAWARE LIMITED LIABILITY COMPANY AND MICHAEL SPARKS, an Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS MELENA, ROLLING MEADOWS CITY MANAGER, STEVEN WILLIAMS, ROLLING MEADOWS POLICE CHIEF, UNKNOWN ROLLING MEADOWS POLICE OFFICERS and the CITY OF ROLLING MEADOWS <br><br> Defendants. | No.  08 cv 3462 <br><br> JUDGE MANNING <br><br> MAGISTRATE JUDGE BROWN |

**NOTICE OF FILING**

Please take notice that on August 27, 2008, the attached *FIRST AMENDED COMPLAINT* of this Matter was electronically filed with the Northern District of Illinois at the Dirksen Building, 219 S Dearborn, Chicago, Illinois.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF FILING AND FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and delivered via the ECF system to the following:

Blake Horwitz            bhorwitz@hrbattorneys.com

Elliot Richardson        erichardson@hrbattorneys.com

Sean M. Baker            sbaker@hrbattorneys.com

1

| | |
|---|---|
| Erica Faaborg | efaaborg@hrbattorneys.com |
| Rachelle M. Sorg | rsorg@hrbattorneys.com |
| William J. Mitchell | wmitchell@mpslaw.com |
| Donald G. Mulack | dmulack@mpslaw.com |
| Angelo F. DelMarto | delmarto@srd-law.com |
| Michael K. Durkin | mdurkin@srd-law.com |
| James Edmund Macholl | jmacholl@srd-law.com |
| Melissa A. Miroballi | mmirobal@srd-law.com |
| Richard J. Ramello | rramello@srd-law.com |
| Laura Scarry | lscarry@deanoandscarry.com |
| Patrick Frasor Moran | pmoran@deanoandscarry.com |
| James L. DeAno | jimdeano@deanoandscarry.com |
| Scott Bryan Dolezal | sdolezal@deanoandscarry.com |

Respectfully Submitted,

s/ Blake Horwitz
Attorney for the Plaintiffs
Blake Horwitz

s/ Elliot Richardson
Attorney for the Plaintiffs
Elliot Richardson

**HORWITZ, RICHARDSON & BAKER LLC**
Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean Baker, Esq.
Erica Faaborg, Esq.
Rachelle Sorg, Esq.

2

**Two First National Plaza**
20 S. Clark St. Suite 500
Chicago, Illinois 60603
Ph (312) 676-2100
Fax (312) 372-7076