## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

W/G Kristina 123 LLC, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−03462
                                                Honorable Blanche M. Manning

Thomas Melena, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

MINUTE entry before the Honorable Blanche M. Manning: Defendants' motion to dismiss plaintiffs' amended complaint [54] is entered. Plaintiffs to file a response to the motion by 9/19/2008. Defendants to file a reply by 10/3/2008. Ruling will be by mail unless otherwise notified. Defendants' Motions to dismiss complaint [35], [47] appear to be duplicative and are stricken as moot. Further briefing on the present motion to dismiss shall explain how the 8/18/2008 Stipulation affects the motion to dismiss to the extent that it does. No appearance is necessary on 8/21/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.